**Jerry JACKSON, Plaintiff–Appellant,**

v.

**John BROCK, Captain; Allen McCalister, Defendants–Appellees.**

No. 02–7798.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 20, 2003.

Decided Feb. 26, 2003.

Jerry Jackson, Appellant Pro Se. James Dean Jolly, Jr., Logan, Jolly & Smith, L.L.P., Anderson, South Carolina, for Appellees.

Before LUTTIG, MOTZ, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Jerry Jackson appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Jackson v. Brock,* No. CA–02–132–6–25–AK (D.S.C. Nov. 8, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*